UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY J. BOUDREAUX**  CIVIL ACTION

**VERSUS**  No. 19-11962

**LOUISIANA STATE BAR
ASSOCIATION, ET AL.**  SECTION I

## ORDER

The Court has received a request[1] for oral argument. The Court declines to schedule oral argument at this time. If, at a later date, the Court finds that oral argument would be helpful, counsel will be notified.

New Orleans, Louisiana, October 28, 2019.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 21.