UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY BOUDREAUX** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-11962** |
| **LOUISIANA STATE BAR ASSOCIATION, ET AL.** | **SECTION I** |

## FINAL JUDGMENT

Considering the Court's order granting defendants' motions to dismiss,

**IT IS ORDERED** that judgment shall be entered in favor of the Louisiana Supreme Court, the Louisiana State Bar Association, and the individually named Justices (the "defendants"), and against Randy Boudreaux (the "plaintiff").

**IT IS FURTHER ORDERED** that count one of plaintiff's complaint is **DISMISSED WITH PREJUDICE** as to all defendants.

**IT IS FURTHER ORDERED** that counts two and three of plaintiff's complaint are **DISMISSED WITHOUT PREJUDICE** as to the Louisiana State Bar Association and the individually named Justices, and **DISMISSED WITH PREJUDICE** as to the Louisiana Supreme Court.

New Orleans, Louisiana, January 13, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE