# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY J. BOUDREAUX,<br><br>    Plaintiff,<br><br>  v.<br><br>LOUISIANA STATE BAR ASSOCIATION, et al.<br><br>    Defendants, | **CIVIL ACTION**<br><br>Case No. 2:19-cv-11962<br><br>SECTION "I" (1)<br><br>Judge Lance M. Africk<br><br>Magistrate Judge Janis van Meerveld |

## NOTICE OF APPEAL

Notice is hereby given that Randy J. Boudreaux, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order (Doc. 35) and Final Judgment (Doc. 36) entered in this action on January 13, 2020 dismissing Count One of Plaintiff's complaint with prejudice, and dismissing without prejudice counts two and three with respect to the Louisiana State Bar Association and individually named Justices, and with prejudice as to the Louisiana Supreme Court. Plaintiff appeals the district court's dismissal of each of his claims with respect to each Defendant except the Louisiana Supreme Court.

**Respectfully submitted February 10, 2020 by:**

By: /s/ Jacob Huebert
Jacob Huebert (admitted *pro hac vice*)
Timothy Sandefur (admitted *pro hac vice*)
Scharf-Norton Center for Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004
Telephone: (602) 462-5000
litigation@goldwaterinstitute.org

By: /s/ *Alex J. Peragine*_____
Alex J. Peragine, LSBA No. 19097
Pelican Center for Justice
Pelican Institute for Public Policy
400 Poydras St., Suite 900
New Orleans, LA 70130
Telephone: (504) 500-0506
alex@plalaw.com

By: /s/ *Dane S. Ciolino*_____
Dane S. Ciolino, LSBA No. 19311, T.A.
DANE S. CIOLINO, LLC
18 Farnham Place
Metairie, LA 70005
dane@daneciolino.com
(504) 975-3263
https://daneciolino.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ *Jacob Huebert*_____
JACOB HUEBERT

2