UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY J. BOUDREAUX**  **CIVIL ACTION**

**VERSUS**  **No. 19-11962**

**LOUISIANA STATE BAR ASSOCIATION, ET AL.**  **SECTION I**

## ORDER

The Court has received a request[1] for oral argument. The Court declines to schedule oral argument at this time. If, at a later date, the Court finds that oral argument would be helpful, counsel will be notified.

New Orleans, Louisiana, July 27, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 49.