UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY J. BOUDREAUX,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUISIANA STATE BAR ASSOCIATION, et al.<br><br>    Defendants, | CIVIL ACTION<br><br>Case No. 2:19-cv-11962<br><br>SECTION "I" (1)<br><br>Judge Lance M. Africk<br><br>Magistrate Judge Janis van Meerveld |

**JOINT MOTION TO VACATE BRIEFING SCHEDULE**

The parties to this matter, through their respective undersigned counsel, have conferred and hereby jointly move the Court to vacate the briefing deadlines regarding the Plaintiff's request for attorneys' fees and costs in this matter.[1] The parties have reached a settlement agreement regarding the Plaintiff's request for attorneys' fees and costs and request that the Court deem the attorney fee and cost portion of the Court's Judgment[2] satisfied.

---

[1] R. Doc. 128 (Minute Entry); R. Doc. 131 (Order).
[2] R. Doc. 129.

1

Respectfully Submitted,


/s/ *Dane S. Ciolino*
Dane S. Ciolino, 19311
DANE S. CIOLINO, LLC
18 Farnham Place
Metairie, LA 70005
Telephone: (504) 975-3263
dane@daneciolino.com

*Counsel for Plaintiff*


 /s/ *Richard C. Stanley*
Richard C. Stanley, 8487
Kathryn W. Munson, 35933
Brandon A. Naquin, 39998
STANLEY REUTER
   THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
rcs@stanleyreuter.com
kwm@stanleyreuter.com
ban@stanleyreuter.com

*Counsel for Defendants*